- Vin - 1C3ADEBZ4DV400674
- Vin - WP0AB2A70HL121000
- Vin - ZHWCD4ZF6JLA08534
- Vin - 1GYS9SR97BR359608
- Vin - WP0AC2A9XJS174913
- Vin - WBS33HK05CU03577
- Vin - ZHWUC12DXGLA04368
- Vin - SCBCB22G8LC083217
- Vin - WP0AF2A9XKS165041
- Vin - ZHWEU4ZD1KLA07846
- Vin - ZHWEF3ZD1GA04508
- Vin - ZPBUA1ZL5LLA10147
- Vin - ZPBUA1Z0LGNLA16297
- Vin - ZHWUF3ZD7GLA04301
- Vin - YT9KH1A20DA007099
- Vin - YT9nn1U18MA007201
- Vin - VF9SA15C68M795179
- Vin - ZArFanBn7n7656018
- Vin - SAL129F90SA460379
- Vin - WDD7X8KB1KA006299
- Vin - WDD7X8KB4KA006023
- Vin - ECR330102272
- Vin - BNR32-312227
- Vin - Er340130777
- Vin - WBY2Z4C53KVB81770
- Vin - WBY2Z2C53FV391883
- Vin - SALWZ2RE8MA788481
- Vin - 2FF762FA9F0210477
- Vin - 2FF762FA2E0207184
- Vin - 2FF99SLA1S0317884
- Vin - YT9XD33B28A007041
- Vin - SALWZ2RE4NA212517
- Vin - JN1AR5EF1EM270961
- Vin - JN1AR5EF9GM290281
- Vin - 19UDC1B0XKY000125
- Vin - WWYC8DJLA08515

(second column, right side)

- Vin - SAJDF1GX9MCK763417
- Vin - SAJWA60A5FMK13469
- Vin - 1C3BDED25HV500516
- Vin - 1C3BDED20HV500156
- Vin - 1C3ADED24FV510446
- Vin - ZA9OEDTA0PLA12855
- Vin - SLATV8C09PU220806
- Vin - ZHWCA9ZD5NLA11399
- Vin - ZA9CO05A0KLA12072
- Vin - SLAG8AX50KU114348
- Vin - W1NYCTHJGLX362080
- Vin - ZA9PUJ21B0XLA12233
- Vin - ZHWUA9ZDXNLA11562

REI

10640 Taranto Way, Los Angeles, CA 90077
125 Scenic Crest Way, Six Mile, SC 29682
216 Privello Place, Simpsonville SC 29681
16800 Berkshire Ct, Southwest Ranches FL 33331